**Order filed January 12, 2012.**



**In The**

# Fourteenth Court of Appeals

————————

## NO. 14-11-00269-CV

————————

**NATHANIEL JONES III, Appellant**

**V.**

**JAMIE SULLA, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2010-41188**

# O R D E R

Appellant's brief was due December 15, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 10, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM